## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARK SHALLAL<br>13971 Coldwater Dr,<br>Sterling Heightd, MI 48131<br><br>        Plaintiff,<br><br>v.<br><br>ROBERT GATES,<br>Secretary of the Defense<br><br>FRANCIS HARVEY<br>Secretary of the Army<br><br>L-3 COMMUNICATIONS<br>(TITAN GROUP)<br>1090 Vermont Ave., N.W.<br>Washington, D.C. 20004<br><br>        Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No. 07-2154 (RMC)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### NOTICE OF APPEARANCE

The Clerk of the Court will please enter the appearance of Brian C. Baldrate, Special Assistant U.S. Attorney, as counsel of record for federal defendants in the above-captioned case.

        Respectfully submitted,

        _____/s/_____
        BRIAN C. BALDRATE
        Special Assistant United States Attorney
        Civil Division
        555 Fourth St., N.W.
        Washington, D.C.  20530
        202-353-9895  / FAX 202-514-8780