UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| Mark Shallal )<br>           Plaintiff, )<br> )<br>v. )<br> )<br>Robert Gates, Secretary of the Defense, )<br>Francis Harvey, Secretary of the Army, and )<br>L-3 Communications (Titan Group), )<br> )<br>           Defendants. )<br> )<br> ) | Case: 1:07-cv-2154 (RMC) |

CONSENT MOTION TO EXTEND TIME TO ANSWER OR OTHERWISE MOVE
BY DEFENDANT L-3 COMMUNICATIONS

On or about January 10, 2008, Plaintiff, through his counsel, served Defendant L-3 Communications (now known as L-3 Services, Inc.) with a summons and complaint in this matter.  L-3 Services, Inc. now moves this Court for an Order extending L-3 Services, Inc's time from January 30, 2008 to February 6, 2008 to answer the complaint or otherwise move in response to the complaint.

Pursuant to this Court's Local Rule 7(m), undersigned counsel for L-3 Services, Inc. previously conferred with counsel for the plaintiff regarding this Motion for an extension of time to answer or otherwise move and counsel for the plaintiff has consented to this Motion.

Pursuant to this Court's Local Rule 40.5(b)(3), undersigned counsel hereby notifies the Court that L-3 Services, Inc. believes that this case is related to *Nattah v. L-3*

2

*Communications (Titan Group), et al.*, 1:06-cv-00700 pending before Judge Royce Lamberth.

Respectfully submitted,

_____/s/_____
Michael J. Murphy, Bar No. 01482791
Ogletree Deakins Nash Smoak and
    Stewart, P.C.
Fifth Floor
2400 N Street, N.W.
Washington, D.C. 20037
(202) 887-0855

Dated:  January 30, 2008

UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| Mark Shallal ) | |
|       Plaintiff, ) | |
| ) | |
| v. ) | Case: 1:07-cv-2154 (RMC) |
| ) | |
| Robert Gates, Secretary of the Defense, ) | |
| Francis Harvey, Secretary of the Army, and ) | |
| L-3 Communications (Titan Group), ) | |
| ) | |
|       Defendants. ) | |

## ORDER

After considering the Consent Motion filed by Defendant L-3 Communications (now known as L-3 Services, Inc.), it is this _____ day of _____, 2008

ORDERED that Defendant L-3 Services, Inc.'s time to answer the complaint or otherwise move is extended to and including February 6, 2008.

_____
Rosemary M. Collyer
United States District Court Judge
for the District of Columbia

Copies to:

    Michael J. Murphy, Esq.
    Ogletree Deakins Nash Smoak and Stewart, P.C.
    Fifth Floor
    2400 N Street, N.W.
    Washington, D.C. 20037


    Michael J. Beattie, Esq.
    2663 Manhattan Place
    Suite 106
    Vienna, Virginia  22180


    Brian Christopher Baldrate
    U.S. Attorney's Office for the District of Columbia
    555 Fourth Street, N.W.
    Washington, D.C.  20530