# UNITED STATES DISTRICT COURT
## District of Columbia

Mark Shallal

**SUMMONS IN A CIVIL CASE**

v.

Robert Gates, et all

Case: 1:07-cv-02154
Assigned To : Collyer, Rosemary M.
Assign. Date : 11/29/2007
Description: Labor-ERISA

TO: (Name and address of Defendant) Michael Mukasey
Office of the Attorney General
U.S. Department of Justice
950 Pennsylvania Ave, NW
Washington DC 20530-0001

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Michael Beattie
2663 Manhattan Pl, Suite 106
Vienna VA 22180

an answer to the complaint which is served on you with this summons, within  60  days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON
CLERK

NOV 29 2007
DATE

(By) DEPUTY CLERK

RECEIVED
JAN 3 0 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE ||
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE January 10th 2008 |
| NAME OF SERVER *(PRINT)* KHALED ATEF | TITLE PROCESSOR |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: Dep't of Justice Main Building 950 Pennsylvania Ave. NW Washington D.C., 20530-0001

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

　Name of person with whom the summons and complaint were left: Willo T. Lee (Gen. Clerk)

☐ Returned unexecuted: _____

☐ Other (specify): _____

**STATEMENT OF SERVICE FEES**

| TRAVEL — | SERVICES $75.00 | TOTAL $75.00 |
|---|---|---|

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 1/10/2008
　　　　　　　　Date

*Signature of Server*

7407 Adams Park Ct.
Annandale, VA 22003
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
District of Columbia

Mark Shallal

v.

Robert Gates, et all.

**SUMMONS IN A CIVIL CASE**

Case: 1:07-cv-02154
Assigned To : Collyer, Rosemary M.
CAS. Assign. Date : 11/29/2007
Description: Labor-ERISA

TO: (Name and address of Defendant)

U S Attorney for District of Columbia
555 4th St. NW
Washington DC 20001

~~Office of the Attorney General~~
~~One Judiciary Square~~
~~441 4th Street NW, Suite 1060N~~
~~Washington, DC 20001~~

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Michael Beattie
2663 Manhattan Pl, Suite 106
Vienna VA 22180

an answer to the complaint which is served on you with this summons, within    60    days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON
CLERK

(By) DEPUTY CLERK

NOV 29 2007
DATE

**RECEIVED**

JAN 3 0 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE |||
|---|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE | JANUARY 10th 2008 |
| NAME OF SERVER (PRINT) KHALED ATEF | TITLE | PROCESSOR |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: United States Attorney's Office for District of Columbia, 555 4th St. NW, Washington D.C 20001

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: Angelina Reid

☐ Returned unexecuted: _____

☐ Other (specify): _____

| STATEMENT OF SERVICE FEES |||
|---|---|---|
| TRAVEL — | SERVICES $75.00 | TOTAL $75.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____   _____
                    Date                         Signature of Server

                                                _____
                                                Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.