AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Mark Shallal

v.

Robert Gates, et all.

**SUMMONS IN A CIVIL CASE**



CASE N

Case: 1:07-cv-02154
Assigned To : Collyer, Rosemary M.
Assign. Date : 11/29/2007
Description: Labor-ERISA

TO: (Name and address of Defendant) L-3 Communications (Titan Group)
~~1090 Vermont Ave, No.~~     11955 Freedom Drive
~~Washington DC 20004~~     Reston, VA 20190

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Michael Beattie
2663 Manhatton Pl, Suite 106
Vienna VA 22180

an answer to the complaint which is served on you with this summons, within _____30_____ days after service
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for
the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this
Court within a reasonable period of time after service.

**RECEIVED**

JAN 3 0 2008

NANCY MAYER-WHITTINGTON

CLERK

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

NOV 29 2007

DATE

(By) DEPUTY CLERK



AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | JANUARY 10th 2008 |

| NAME OF SERVER *(PRINT)* KHALED ATEF | TITLE PROCESSOR |
|---|---|

*Check one box below to indicate appropriate method of service*

G  Served personally upon the defendant. Place where served: L-3 Communications (Titan Group)
11955 Freedom Dr., Reston, VA 20190

G  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: Margaret Smith

G  Returned unexecuted: _____

_____

G  Other (specify): _____

_____

## STATEMENT OF SERVICE FEES

| TRAVEL — | SERVICES $75.00 | TOTAL $75.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  1/10/2008
Date                          *Signature of Server*

7407 ADAMS PARK CT.
ANNANDALE, VA 22003
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.