## IN THE UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| Mark Shallal, et al., | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | Civil Action No. 1:07-cv-2154 (RMC) |
| | ) | |
| Robert Gates, et al., | ) | |
| | ) | |
| Defendants | ) | |

_____

### MOTION FOR ENLARGEMENT OF TIME TO ANSWER OR OTHERWISE MOVE
### BY PLAINTIFF MARK SHALLAL

On February 6th, 2008, Defendant, L-3 Communications (Titan Group) filed a

F.R.Civ.Pro 12(e) motion for more definite statements. Pursuant to F.R.Civ.Pro 6(b),

Plaintiff, Mark Shallal, respectfully moves this Court for an Order enlarging time up to

and including April 10th, 2008 to answer or otherwise move in response to defendant's

motion for more definite statements [Docket Nos. 6]. In order to prepare a response

furnishing the requested information plaintiff has to file several Freedom of Information

Act Requests with the Agencies responsible for government contract and security

clearance administration, and Mark Shallal has to undertake a personal effort to recollect

portions of the specific information requested, through combing his records and

contacting persons who are similarly situated.

Mr. Beattie's legal assistant contacted defendant's L-3 Communications (Titan Group)

counsel on behalf of Mr. Beattie seeking his position on this motion, but as of this writing

no response has been received.

Nonetheless, for the foregoing reasons plaintiff respectfully requests that this motion for

enlargement of time be granted.

Respectfully submitted,

____/s/_____

Michael Beattie
2663 Manhattan Place Suite 106
Vienna, VA 22180
703-698-0623 Phone
antiwarattorney@yahoo.com

**IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA**

| | |
|---|---|
| Mark Shallal, ) | |
| ) | |
|      Plaintiff ) | |
| ) | |
| v. ) | Civil Action No. 1:07-cv-2154 (RMC) |
| ) | |
| Robert Gates, Francis Harvey, ) | |
| L-3 Communications ) | |
| (Titan Group) ) | |
| ) | |
|      Defendants. ) | |

_____

<u>ORDER</u>

Upon consideration of plaintiff's Motion for Enlargement of Time, and of the entire

record, and it appearing to the Court that the granting of plaintiff's motion, pursuant to

Rule 6(b) of the Federal Rules of Civil Procedure, would be just and proper, it is by the

Court this ____ day of _____ , 2008

ORDERED that Plaintiff's Motion For Enlargement of Time be, and it is, granted, and it

is further

ORDERED that the time in which Plaintiff's must file their response to defendant's

motion for more definite statements [Docket Nos. 6]. be, and it is, enlarged up to and

including April 10th, 2008.

_____
UNITED STATES DISTRICT JUDGE

Copies to:


Michael J. Beattie
2663 Manhattan Place
Suite 106
Vienna, VA 22180
(703) 698-0623
Email: antiwarattorney@yahoo.com

Brian Christopher Baldrate
U.S. ATTORNEY'S OFFICE FOR THE DISTRICT OF COLUMBIA
555 Fourth Street, NW
Washington, DC 20530
(202) 353-9895
Email: brian.baldrate@usdoj.gov

Michael J. Murphy
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
2400 N Street, NW
Fifth Floor
Washington, DC 20037-1153
(202) 887-0855
Fax: (202) 887-0866
Email: michael.murphy@odnss.com