## IN THE UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF COLUMBIA

| | |
|---|---|
| Mark Shallal, et al., )<br>)<br>    Plaintiff )<br>)<br>v. )<br>)<br>Robert Gates, et al., )<br>)<br>    Defendants ) | Civil Action No. 1:07-cv-2154 (RMC) |

### WITHDRAWAL OF MOTION FOR ENLARGEMENT OF TIME TO ANSWER OR OTHERWISE MOVE

Plaintiff, Mark Shallal, by and through his attorney, hereby motions the court to withdraw the Motion for Enlargement of Time to Answer or Otherwise Move, filed February 26th, 2008 [Docket No. 7].

On February 6th, 2008, Defendant, L-3 Communications (Titan Group) filed an unopposed motion for more definite statements, in response plaintiff respectfully asked this Court for an Order enlarging time up to and including April 10th, 2008 to answer or otherwise move in response to defendant's motion for more definite statements.

The plaintiff's Motion for Enlargement of Time to Answer or Otherwise Move in response to L-3 Communications (Titan Group) Motion for Definite Statements was submitted in error, as no extension is presently required. Since it is not necessary for the time being, the Motion for Enlargement of Time is hereby withdrawn, until and if an extension become necessary.

    **Dated:** February 26, 2008.

Respectfully submitted,

___/s/_____

Michael Beattie
2663 Manhattan Place Suite 106
Vienna, VA 22180
703-698-0623 Phone
antiwarattorney@yahoo.com

Copies to:

Michael J. Beattie
2663 Manhattan Place
Suite 106
Vienna, VA 22180
(703) 698-0623
Email: antiwarattorney@yahoo.com

Brian Christopher Baldrate
U.S. ATTORNEY'S OFFICE FOR THE DISTRICT OF COLUMBIA
555 Fourth Street, NW
Washington, DC 20530
(202) 353-9895
Email: brian.baldrate@usdoj.gov

Michael J. Murphy
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
2400 N Street, NW
Fifth Floor
Washington, DC 20037-1153
(202) 887-0855
Fax: (202) 887-0866
Email: michael.murphy@odnss.com