IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| Mark Shallal, et al., ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | Civil Action No. 1:07-cv-2154 (RMC) |
| ) | |
| Robert Gates, et al., ) | |
| ) | |
| Defendants ) | |

MOTION FOR ENLARGEMENT OF TIME TO FILE A MOTION FOR CLASS CERTIFICATION BY PLAINTIFF MARK SHALLAL

Pursuant to F.R.Civ.Pro 6(b), plaintiff, Mark Shallal, respectfully moves this Court for an Order enlarging time up to and including August 29th, 2008 to file a Motion for Class Certification. LCvR 23.1(b) stipulates that a Motion for Class Certification should be filed within 90 days from the filing of the complaint that is sought to be certified as a class action, "unless the court in the exercise of its discretion has extended this period...." LCvR 23.1(b).

Plaintiff requests an enlargement because gathering information and determining the composition of the putative class has been very complicated and in this case it is not possible to put together a sufficiently detailed brief in the time span provided by LCvR 23.1(b). The motion to consolidate Shallal's case and Nattah's case, 1:06-CV-00700, makes it even more complicated, because it is not known which of them would be the lead plaintiff or whether Nattah's claims are typical or Shallal's claims are typical. Additionally, Iraq has a completely different legal system based upon a combination of the French legal code and Sharia law and it is difficult for an attorney schooled in common law to grasp the issues.

Furthermore, defendant L-3 Communications (Titan Group) currently has a pending motion to dismiss Nattah's case. Similar to Shallall's, Nattah's case hinges in part on the applicability of Iraqi labor and employment law. Depending upon the outcome, it is possible that no Titan employee could file such a cause of action in the United States. Therefore, the extensive work necessary to move for a class action prior to a ruling on the motion to dismiss would be a poor use of judicial resources.

Mr. Beattie's legal assistant contacted defendant's L-3 Communications (Titan Group) counsel on behalf of Mr. Beattie seeking his position on this motion, and received the following final response: "I have spoken with my client, L-3 Communications. L-3 does not consent to your request for an enlargement of time as set forth below in [your legal assistant's] e-mail to me."

Nonetheless, for the foregoing reasons, plaintiff respectfully requests that this motion for enlargement of time be granted.

Respectfully submitted,

___/s/_____

Michael Beattie
2663 Manhattan Place Suite 106
Vienna, VA 22180
703-698-0623 Phone
antiwarattorney@yahoo.com

#### IN THE UNITED STATES DISTRICT COURT FOR THE
#### DISTRICT OF COLUMBIA

| | |
|---|---|
| Mark Shallal, ) | |
| ) | |
|     Plaintiff ) | |
| ) | |
| v. ) | Civil Action No. 1:07-cv-2154 (RMC) |
| ) | |
| Robert Gates, Francis Harvey, ) | |
| L-3 Communications (Titan Group), ) | |
| ) | |
|     Defendants. ) | |

### ORDER

Upon consideration of plaintiff's Motion for Enlargement of Time, and of the entire record, and it appearing to the Court that the granting of plaintiff's motion, pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, would be just and proper, it is by the Court this ___ day of _____ , 2008

ORDERED that Plaintiff's Motion For Enlargement of Time be, and it is, granted, and it is further

ORDERED that the time in which Plaintiff's must file their Motion for Class Certification be, and it is, enlarged up to and including August 29th, 2008.

_____
UNITED STATES DISTRICT JUDGE

Copies to:

Michael J. Beattie
2663 Manhattan Place
Suite 106
Vienna, VA 22180
(703) 698-0623
Email: antiwarattorney@yahoo.com

Brian Christopher Baldrate
U.S. ATTORNEY'S OFFICE FOR THE DISTRICT OF COLUMBIA
555 Fourth Street, NW
Washington, DC 20530
(202) 353-9895
Email: brian.baldrate@usdoj.gov

Michael J. Murphy
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
2400 N Street, NW
Fifth Floor
Washington, DC 20037-1153
(202) 887-0855
Fax: (202) 887-0866
Email: michael.murphy@odnss.com