IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MARK SHALLAL,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 07-2154 (RMC) |
| ) | |
| **ROBERT GATES, et. al.** ) | |
| Secretary of the Defense ) | |
| ) | |
| Defendants. ) | |

### FEDERAL DEFENDANTS' CONSENT MOTION FOR AN ENLARGEMENT OF TIME WITHIN WHICH TO ANSWER, MOVE, OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT

Plaintiff brings this action alleging co-Defendant L-3 Communications Titan Group ("L-3") sold Plaintiff into slavery to the Department of Defense. According to Plaintiff, the actions of the named federal defendants violated plaintiff's constitutional rights, as well as various other laws and legal principles all resulting in physical and mental injuries to Plaintiff. Plaintiff requested injunctive and declaratory relief, and compensatory and punitive damages. Federal Defendants now respectfully move this Court for a thirty (30) day enlargement of time through and including April 10, 2008, within which to Answer, Move, or otherwise respond to Plaintiff's Complaint. Good Cause exists to grant this Motion:

1. Co-defendant in this case, L-3, currently has a pending Motion for a more definite statement, to which Plaintiff has requested an enlargement of time to respond.  L-3 also has a Motion to consolidate this case with <u>Nattah et. al. v. Bush et. al.</u>, Civil Action Number 06-0700. In <u>Nattah</u>, Federal Defendants' were granted a Motion to Dismiss and currently have pending an Opposition to Plaintiffs' Motions to File Amended Complaint, to Join Additional Defendants,

and to Reconsider or Vacate Judgment. Federal Defendants seek this enlargement to work with the other parties toward a resolution of these matters, which will conserve individual and judicial resources and lead to a prompt resolution of all pending claims.

    2. Federal Defendants' Answer, Motion or other Response to this Complaint is presently due March 11, 2008.

    3. Granting this enlargement will not require the rescheduling of pre-trial or trial dates or any other in-court matters.

    4. This is the first enlargement of time sought in this matter.

    5. Plaintiff's counsel consents to the enlargement.

For these reasons, Federal Defendants request that the Court grant their Consent Motion for an Enlargement of Time Within Which to Answer, Move or Otherwise Respond. A proposed Order is included with this Motion.

Respectfully submitted,

_____/s_____
JEFFREY A. TAYLOR, D.C. Bar # 498610
United States Attorney

_____/s_____
RUDOLPH CONTRERAS D.C. Bar #  434122
Assistant United States Attorney

_____/s_____
BRIAN C. BALDRATE
Special Assistant U.S.  Attorney
555 Fourth Street, N.W.,
Washington, D.C.  20530
(202) 353-9895

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MARK SHALLAL,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | )  Civil Action No. 07-2154 (RMC) |
| | ) |
| **ROBERT GATES, et. al.** | ) |
| **Secretary of the Defense** | ) |
| | ) |
| **Defendants.** | ) |

## ORDER

Upon consideration of Federal Defendants' Consent Motion for an Enlargement of Time to Answer, Move or Otherwise Respond to the Complaint, and the entire record of this case, it is hereby

**ORDERED** that Federal Defendants' Motion for an Enlargement is **GRANTED**, and it is

**FURTHER ORDERED** that Defendants shall have up to and including April 10, 2008, to answer, move or otherwise respond to Plaintiff's Complaint.


Dated this _____ day of _____, 2008.


_____
ROSEMARY M. COLLYER
United States District Judge