CO 324
Rev. 5/97

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

MARK SHALLAL                )
                            )
                            )
                            )
                            )
        Plaintiff            )    Case Number 07-2154 (RCL)
                            )
                            )
                            )    Category   K
ROBERT GATES, ET AL.        )
                            )
                            )
        Defendant           )
                            )

**REASSIGNMENT OF CIVIL CASE**

The above-entitled case was reassigned on <u>March 11, 2008</u> from <u>Judge Rosemary M. Collyer</u> to <u>Judge Royce C. Lamberth</u> by direction of the Calendar Committee.

(Judge Lamberth has an earlier related case, 06cv700)

<u>ELLEN S. HUVELLE</u>
Chair, Calendar and Case
Management Committee

cc:   <u>Judge Lamberth</u> & Courtroom Deputy
      <u>Judge Collyer</u> & Courtroom Deputy
      Liaison, Calendar and Case Management Committee