UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| Mark Shallal, )<br>   Plaintiff, )<br> )<br>v. )<br> )<br>Robert Gates, Secretary of the Defense, )<br>Francis Harvey, Secretary of the Army, and )<br>L-3 Communications (Titan Group), )<br> )<br>   Defendants. )<br> ) | | Case:  1:07-cv-2154 (RCL)<br><br>Category K |

MEMORANDUM IN OPPOSITION TO PLAINTIFF'S MOTION FOR
ENLARGEMENT OF TIME TO FILE A MOTION FOR CLASS CERTIFICATION

  Defendant L-3 Communications (Titan Group) [now known as L-3 Services, Inc.] opposes Plaintiff Mark Shallal's Motion for Enlargement of Time to File a Motion for Class Certification for the following reasons.

  Local Rule 23.1 of this Court provides in subpart (a):

  In any case sought to be maintained as a class action, the complaint shall contain under a separate hearing styled "Class Action Allegations":

  (1) A reference to the portion or portions of Rule 23, Federal Rules of Civil Procedure, under which the suit is claimed properly to be maintainable as a class action.
  (2) Appropriate allegations justifying such claim, including, but not necessarily limited to:

    (i) the size (or approximate size) and definition of the alleged class;
    (ii) the basis upon which the plaintiff claims to be an adequate representative of the class, or if the class is comprised of defendants, that those named as parties are adequate representatives of the class;
    (iii) the alleged questions of law and fact claimed to be common to the class; and

      (iv)    in actions claimed to be maintainable as class actions under Rule 23(b)(3) of the Federal Rules of Civil Procedure, allegations supporting the findings required by that subdivision.

In his motion for enlargement of time, Plaintiff appears to be asserting that his complaint is brought as a class action.  However, a review of the complaint demonstrates that none of the requirements of Local Rule 23.1(a), as set forth above, are met.  The Complaint does not contain a separate heading styled "Class Action Allegations" and does not refer at all to any "portion or portions" of Rule 23.  Nor does the Complaint supply the allegations called for by Local Rule 23.1(a)(2).  Indeed, the only fair reading of the allegations of the complaint is that this is an action brought by Plaintiff solely on behalf of himself arising from alleged facts and circumstances individual to him.[1]

Therefore, since this case does not meet the requirements of Local Rule 23.1(a) and has not been brought as a class action, Plaintiff's request for an enlargement of time to move for class certification is without merit and should be denied.

Respectfully submitted,

_____/s/_____
Michael J. Murphy, Bar No. 421287
Ogletree Deakins Nash Smoak and
    Stewart, P.C.
Fifth Floor
2400 N Street, N.W.
Washington, D.C. 20037
(202) 887-0855

Dated:  March 11, 2008

---

[1] In addition, Shallal has apparently brought legal claims on his own behalf where, by his own admission, the controlling law is in doubt.  See Motion, pp. 1-2.

2

UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| Mark Shallal,<br>       Plaintiff,<br><br>v.<br><br>Robert Gates, Secretary of the Defense,<br>Francis Harvey, Secretary of the Army, and<br>L-3 Communications (Titan Group),<br><br>       Defendants. | Case: 1:07-cv-2154 (RCL)<br><br>Category K |

## ORDER

After considering Plaintiff's Motion for Enlargement of Time to File a Motion for Class Certification, the Opposition filed by L-3 Communications (Titan Group) [now known as L-3 Services, Inc.], and any Reply, it is this _____ day of _____, 2008,

ORDERED that the Motion for Enlargement of Time to File a Motion for Class Certification is denied.

_____
Rosemary M. Collyer
United States District Court Judge
for the District of Columbia

Copies to:

    Michael J. Murphy, Esq.
    Ogletree Deakins Nash Smoak and Stewart, P.C.
    Fifth Floor
    2400 N Street, N.W.
    Washington, D.C. 20037


    Michael J. Beattie, Esq.
    2663 Manhattan Place
    Suite 106
    Vienna, Virginia  22180


    Brian Christopher Baldrate
    U.S. Attorney's Office for the District of Columbia
    555 Fourth Street, N.W.
    Washington, D.C.  20530