**IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA**

| | |
|---|---|
| Mark Shallal, et al.,           ) | |
|                                            ) | |
|           Plaintiff                    ) | |
|                                            ) | |
| v.                                        )           Civil Action No. 1:07-cv-2154 (RMC) |
|                                            ) | |
| Robert Gates, et al.,            ) | |
|                                            ) | |
|           Defendants             ) | |

**MOTION FOR ENLARGEMENT OF TIME TO FILE A MOTION IN OPPOSITION
<u>TO FEDERAL DEFENDANT'S MOTION TO DISMISS</u>**

Pursuant to F.R.Civ.Pro 6(b), plaintiff, Mark Shallal, respectfully moves this Court for an Order enlarging time up to and including April 25th, 2008 to file a Memorandum in Opposition to Federal Defendants Motion to Dismiss.

Plaintiff requests an enlargement because his attorney is legally blind, is only able to read slowly and has a dire need for a some extra time in preparing the Opposition.

For the foregoing reasons, plaintiff respectfully requests that this motion for enlargement of time be granted.

Respectfully submitted,

___/s/_____

Michael Beattie
2663 Manhattan Place Suite 106
Vienna, VA 22180
703-698-0623 Phone
antiwarattorney@yahoo.com

IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| Mark Shallal, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | Civil Action No. 1:07-cv-2154 (RMC) |
| | ) | |
| Robert Gates, Francis Harvey, | ) | |
| L-3 Communications (Titan Group), | ) | |
| | ) | |
| Defendants. | ) | |

ORDER

Upon consideration of plaintiff's Motion for Enlargement of Time, and of the entire record, and it appearing to the Court that the granting of plaintiff's motion, pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, would be just and proper, it is by the Court this ___ day of _____ , 2008

ORDERED that Plaintiff's Motion For Enlargement of Time be, and it is, granted, and it is further

ORDERED that the time in which Plaintiff's must file their Opposition to Motion to Dismiss be, and it is, enlarged up to and including April 25th, 2008.

_____
UNITED STATES DISTRICT JUDGE

Copies to:

Michael J. Beattie
2663 Manhattan Place
Suite 106
Vienna, VA 22180
(703) 698-0623
Email: antiwarattorney@yahoo.com

Brian Christopher Baldrate
U.S. ATTORNEY'S OFFICE FOR THE DISTRICT OF COLUMBIA
555 Fourth Street, NW
Washington, DC 20530
(202) 353-9895
Email: brian.baldrate@usdoj.gov

Michael J. Murphy
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
2400 N Street, NW
Fifth Floor
Washington, DC 20037-1153
(202) 887-0855
Fax: (202) 887-0866
Email: michael.murphy@odnss.com