UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MARK SHALLAL,

      Plaintiff,

v.        Case No. 07-2154 (RCL)

ROBERT GATES, et al.,

      Defendants.

**NOTICE OF SUBSTITUTION OF COUNSEL**

PLEASE TAKE NOTICE THAT Michael J. Murphy and the law firm of Ogletree, Deakins, Nash, Smoak & Stewart, P.C. hereby WITHDRAW as counsel to Defendant L-3 Services, Inc., formerly known as L-3 Communications Titan Corporation and erroneously sued as "L-3 Communications (Titan Group)" (hereinafter "L-3 Titan"), and that Matthew H. Sorensen and Greenberg Traurig HEREBY ENTER THEIR APPEARANCE as substitute counsel for Defendant L-3 Services, Inc. in the above-captioned action. All pleadings henceforth should be served upon the following:

Matthew H. Sorensen, Esq. (DCB 492130)
GREENBERG TRAURIG
1750 Tysons Blvd., Suite 1200
McLean, VA 22102
Phone: (703) 749-1348
Fax: (703) 714-8348
Email: sorensenm@gtlaw.com

TCO 357,375,265v1 4/23/2008

-2-

*/s/ Matthew H. Sorensen*
Matthew H. Sorensen, Esq. (DCB 492130)
GREENBERG TRAURIG, LLP
1750 Tysons Blvd., Suite 1200
McLean, VA 22102
Phone: (703) 749-1348
Fax: (703) 714-8348
Email: sorensenm@gtlaw.com


*/s/ Michael J. Murphy*
Michael J. Murphy, Esq. (DCB 421287)
OGLETREE DEAKINS NASH SMOAK & STEWART, P.C.
2400 N Street, NW, Fifth Floor
Washington, DC 20037
Phone: (202) 887-0855
Fax: (202) 887-0866
Email: michael.murphy@odnss.com