IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **MARK SHALLAL,** )<br>)<br>**Plaintiff,** )<br>)<br>v. )<br>)<br>**ROBERT GATES,** )<br>**Secretary of the Defense, et al.** )<br>)<br>**Defendants.** )<br>) | Civil Action No. 07-2154 (RCL) |

### DEFENDANTS' CONSENT MOTION FOR AN ENLARGEMENT OF TIME WITHIN WHICH TO REPLY TO PLAINTIFF'S MEMORANDUM IN OPPOSITION TO FEDERAL DEFENDANTS' MOTION TO DISMISS

Defendants, pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, moves the Court for a twenty-five (25) day enlargement of time through and including May 30, 2008, within which to file a reply to Plaintiff's Memorandum in Opposition to Federal Defendants' Motion to Dismiss. Good Cause exists to grant this Motion:

1. Defense counsel has a trial before Judge Sullivan from May 7, 2008, through May 16, 2008.

2. Defense counsel will also be traveling out of the state from May 23, 2008 through May 28, 2008.

2. Defendants' reply to Plaintiff's Memorandum in Opposition to Federal Defendants' Motion to Dismiss is presently due May 5, 2008.

3. Granting this enlargement will not require the rescheduling of pre-trial or trial dates or any other in-court matters.

4. Plaintiffs consent to this enlargement.

For these reasons, Defendants requests that the Court grant their Consent Motion for an Enlargement of Time Within Which to Reply to Plaintiff's Memorandum in Opposition to Federal Defendants' Motion to Dismiss. A proposed Order is included with this motion.

Respectfully submitted,

_____/s_____
JEFFREY A. TAYLOR, D.C. Bar # 498610
United States Attorney


_____/s_____
RUDOLPH CONTRERAS D.C. Bar #  434122
Assistant United States Attorney

_____/s_____
BRIAN C. BALDRATE
Special Assistant U.S.  Attorney
555 Fourth Street, N.W.,
Washington, D.C.  20530
(202) 353-9895

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **MARK SHALLAL,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 07-2154 (RCL) |
| | ) | |
| **ROBERT GATES,** | ) | |
| **Secretary of the Defense, <u>et</u> <u>al</u>.** | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

Upon consideration of the Defendants' Consent Motion for an Enlargement of Time Within Which to Reply to Plaintiff's Memorandum in Opposition to Federal Defendants' Motion to Dismiss, and the entire record of this case, it is hereby

**ORDERED** that Defendants' Motion is **GRANTED**, and it is further

**ORDERED** that Defendants' reply to Plaintiff's Memorandum in Opposition to Federal Defendants' Motion to Dismiss by **May 30, 2008**.

Dated this ____ day of _____ , 2008.

_____
ROYCE C. LAMBERTH
United States District Judge

Copies to:

Counsel via ECF.