## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

_____
)
**MARK SHALLAL**                                )
                                                )
                                                )
            **Plaintiff,**                      )
                                                )
      **v.**                                    )        **Civil Action No. 07-2154 (RMC)**
                                                )
**ROBERT GATES, et al.**                        )
                                                )
            **Defendants.**                     )
_____)

## NOTICE OF SUBSTITUTION OF COUNSEL

Defendant respectfully requests that the Clerk of the Court enter the appearance of

Special Assistant United States Attorney Lanny J. Acosta, Jr. as counsel for defendants in the

above captioned case and withdraw the appearance of Special Assistant United States Attorney

Brian C. Baldrate.


                                   Respectfully submitted,

                                   _____/s/_____
                                   LANNY J. ACOSTA, JR.
                                   Special Assistant United States Attorney
                                   Civil Division
                                   555 Fourth St., N.W.
                                   Washington, D.C.  20530
                                   202-353-9895  / FAX 202-514-8780