**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| **MARK SHALLAL,** )<br>)<br>       **Plaintiff,** )<br>)<br>v. )<br>)<br>**ROBERT GATES, et. al.** )<br>**Secretary of the Defense** )<br>)<br>       **Defendants.** )<br>) | Civil Action No. 07-2154 (RMC) |

**DEFENDANTS' CONSENT MOTION FOR AN ENLARGEMENT OF TIME
WITHIN WHICH TO REPLY TO PLAINTIFF'S OPPOSITION TO FEDERAL
DEFENDANTS' MOTION TO DISMISS**

Defendants, pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, move the Court for a twenty (20) day enlargement of time through and including June 19, 2008, within which to file a reply to Plaintiff's Memorandum in Opposition to Federal Defendants' Motion to Dismiss. Good Cause exists to grant this Motion:

1. Defense counsel has been newly appointed as lead counsel to this case.

2. Plaintiff's Opposition alerted the Defendants that Plaintiff's name as filed is not his actual name, requiring Plaintiff to renew researching Plaintiff's claims. Defendants believe this research will be complete within the time requested by this motion.

3. Defendants' reply to Plaintiff's Memorandum in Opposition to Federal Defendants' Motion to Dismiss is presently due May 30, 2008.

4. Granting this enlargement will not require the rescheduling of pre-trial or trial dates or any other in-court matters.

5. This is the second enlargement requested.

6. Plaintiff consents to this enlargement.

For these reasons, Defendants request that the Court grant their Consent Motion for an Enlargement of Time Within Which to Reply to Plaintiff's Memorandum in Opposition to Federal Defendants' Motion to Dismiss. A proposed Order is included with this motion.

Respectfully submitted,

_____/s_____
JEFFREY A. TAYLOR, D.C. Bar # 498610
United States Attorney


_____/s_____
RUDOLPH CONTRERAS D.C. Bar #  434122
Assistant United States Attorney


_____/s_____
LANNY J. ACOSTA, JR.
Special Assistant United States Attorney
555 Fourth Street, N.W.,
Washington, D.C.  20530
(202) 353-9895
Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **MARK SHALLAL,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 07-2154 (RCL) |
| | ) | |
| **ROBERT GATES,** | ) | |
| **Secretary of the Defense, <u>et</u> <u>al</u>.** | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

Upon consideration of the Defendants' Consent Motion for an Enlargement of Time Within Which to Reply to Plaintiff's Memorandum in Opposition to Federal Defendants' Motion to Dismiss, and the entire record of this case, it is hereby

**ORDERED** that Defendants' Motion is **GRANTED**, and it is further

**ORDERED** that Defendants' reply to Plaintiff's Memorandum in Opposition to Federal Defendants' Motion to Dismiss by **June 19, 2008**.

Dated this ____ day of _____ , 2008.

_____
ROYCE C. LAMBERTH
United States District Judge

Copies to:

Counsel via ECF.