IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARK SHALLAL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 07-2154 (RCL) |
| ) | |
| ROBERT GATES, et al., ) | |
| ) | |
| Defendants. ) | |

**MOTION FOR ADMISSION *PRO HAC VICE***

I, Matthew H. Sorensen, counsel for Defendant L-3 Services, Inc., formerly known as L-3 Communications Titan Corporation and erroneously sued as "L-3 Communications (Titan Group)" (hereinafter "L-3 Titan"), and a member in good standing of the bar of the District of Columbia and of this Court, hereby move for the admission of John F. Scalia to practice before this Court *pro hac vice* on behalf of L-3 Titan in the above captioned matter, pursuant to Rule 83.2(d) LCvR. Much of Mr. Scalia's practice is concentrated in the area of employment and civil rights litigation, which is the subject matter of this case, and his assistance and work on this case would be of benefit to bringing this case to a speedy and reasonable conclusion. Mr. Scalia is a member in good standing of the bars of the U.S. Courts of Appeals for the Ninth, Fourth, and Federal Circuits, the U.S. District Courts for the Northern, Eastern, Central, and Southern Districts of California and the U.S. District Courts for the Eastern and Western Districts of Virginia, and the highest courts of California and Virginia. Mr. Scalia is not currently, nor has he previously been, suspended or disbarred from practice in any court.

Wherefore, on behalf of L-3 Titan, I respectfully request that this motion for admission of John F. Scalia be granted.

In support of this motion L-3 Titan submits the attached Declaration of John F. Scalia.

Dated:  June 6, 2008                                          Respectfully submitted,

/s/
Matthew H. Sorensen, D.C. Bar 492130
Greenberg Traurig LLP
1750 Tysons Blvd, Suite 1200
McLean, VA 22102
(703) 749-1348 (office)
(202) 714-8352 (fax)

*Counsel for Defendant L-3 Services, Inc.*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARK SHALLAL, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ROBERT GATES, et al., )<br>)<br>Defendants. )<br>) | CASE NO. 07-2154 (RCL) |

**DECLARATION OF JOHN F. SCALIA
IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE***

I, JOHN F. SCALIA hereby make application to the United States District Court for the District of Columbia for admission Pro Hac Vice on behalf of Defendant L-3 Services, Inc., formerly known as L-3 Communications Titan Corporation and erroneously sued as "L-3 Communications (Titan Group)" (hereinafter "L-3 Titan"), in the above-captioned action, pursuant to LR83.2(d) of the Local Rules of Practice for the United States District Court for the District of Columbia.

1. All the statements herein are true and correct to the best of my knowledge, information and belief. If called upon to testify regarding the matters stated herein, I am competent and willing and able to testify.

2. I am an attorney retained by L-3 Titan in this matter, with the intention that I appear before this Court if permitted to appear and participate in this case.

3. I am currently an attorney who is a member in good standing of, and eligible to practice before, the bars of the following United States Courts: the U.S. Court of Appeals for the Ninth Circuit (December 1991), the U.S. District Court for the Northern District of California

(December 1991), the U.S. District Court for the Eastern District of California (September 1994), the U.S. District Court for the Central District of California (December 1995), the U.S. Court of Appeals for the Fourth Circuit (September 2001), the U.S. District Court for the Eastern District of Virginia (September 2001), the U.S. Court of Appeals for the Federal Circuit (November 2004), the U.S. District Court for Western District of Virginia (November 2004), the U.S. Court of Appeals for the District of Columbia Circuit (April 2007), and the U.S. District Court for the Southern District of California (September 2007).

3. I am also a member in good standing of, and eligible to practice before the highest courts of the following States: California (December 1991) and Virginia (September 2001).

4. My residence address is the following:
   1320 Alps Drive
   McLean, VA 22102

5. My office address is the following:
   Greenberg Traurig, LLP
   1750 Tysons Boulevard, Suite 1200
   McLean, Virginia 22102

6. I am not currently, nor have I previously been, suspended or disbarred from practice in any court.

7. I hereby designate as associated local counsel in this matter Matthew H. Sorensen, Esq., an attorney in the law firm of Greenberg Traurig, LLP.

8. I have been admitted to practice before this court *pro hac vice* twice within the past two years.

9. I do not engage in the practice of law from an office in the District of Columbia.

    I hereby declare under penalty of perjury that the foregoing is true and accurate to the best of my knowledge and belief.

    Executed at McLean, Virginia, June 3, 2008.

_____
JOHN F. SCALIA