AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

Mark Shallal

    Plaintiff(s)

vs.

Robert Gates, et al.

    Defendant(s)

**APPEARANCE**

CASE NUMBER 07-2154 (RCL)

To the Clerk of this court and all parties of record:

Please enter the appearance of    John F. Scalia    as counsel in this
        (Attorney's Name)

case for:    Defendant L-3 Communications (Titan Corp)
    (Name of party or parties)

4/24/08
Date

*[signature]*
Signature

John F. Scalia
Print Name

VSB 46444
BAR IDENTIFICATION

Greenberg Traurig, 1750 Tysons Blvd, Ste 1200
Address

McLean, VA   22102
City  State  Zip Code

(703) 749-1380
Phone Number