# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **MARK SHALLAL,** | ) |
| **Plaintiff,** | ) ) ) |
| v. | ) Civil Action No. 07-2154 (RCL) |
| **ROBERT GATES, et. al.**<br>**Secretary of the Defense** | ) ) ) |
| **Defendants.** | ) ) |

## ERRATA (CERTIFICATE OF SERVICE)

The June19, 2008 filing of federal defendant's Memorandum in Support of Reply to Plaintiff's Opposition to Federal Defendants' Motion to Dismiss (Docket # 22) was inadvertently submitted without a Certificate of Service. A copy of that filing with this accompanying Errata has been served by First-Class mail, postage prepaid to:

John F. Scalia
GREENBERG TAURIG, LLP
1750 Tysons Boulevard
Suite 1200
McLean, VA 22102

on this 19th day of July, 2008.

                                                      __/s/_____
                                                      LANNY J. ACOSTA, JR.
                                                      Special Assistant United States Attorney
                                                      555 Fourth St., N.W., Room E4408
                                                      Washington, D.C. 20530
                                                      202-353-9895