UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **MARK SHALLAL,** | ) | |
| Plaintiff, | ) | |
| v. | ) | Civil Action No. 07-2154 (RCL) |
| **ROBERT GATES,** Secretary of Defense, *et. al.*, | ) | |
| Defendants. | ) | |

## ORDER

Now before the Court comes four motions in this case: Secretary of Defense Robert Gates and Secretary of the Army Pete Geren's[1] ("Federal Defendants") motions [10] for enlargement of time to respond to plaintiff's complaint and [13] to dismiss; plaintiff Mark Shallal's motion [9] for enlargement of time to file a motion for class certification; and, defendant L-3 Communications' unopposed motion [6] for a more definite statement. Upon full consideration of the parties' pleadings, the entire record herein, and applicable law, it is hereby, for the reasons set forth in an accompanying Memorandum Opinion,

ORDERED that the consent motion for enlargement of time to respond to the complaint is GRANTED, *nunc pro tunc*; it is further hereby

---

[1] Plaintiff named former Secretary of the Army Francis Harvey in his complaint. Secretary Geren is substituted as a named defendant pursuant to Federal Rule of Civil Procedure 25(d).

ORDERED that Federal Defendants' motion to dismiss is GRANTED.  This case is hereby dismissed with prejudice as to Federal Defendants; it is further hereby

ORDERED that plaintiff's motion for enlargement of time to file a motion for class certification is DENIED; it is further hereby

ORDERED that defendant L-3 Communications' motion for a more definite statement is GRANTED.  Plaintiff shall file a more definite statement addressing the defects set forth in L-3 Communications' motion within 10 days of this date.  L-3 Communications' responsive pleading shall be due 10 days thereafter.

SO ORDERED.


Signed by Chief Judge Royce C. Lamberth, July 23, 2008.