IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| Mark Shallal, et al., | ) |
| | ) |
|     Plaintiff | ) |
| | ) |
| v. | )    Civil Action No. 1:07-cv-2154 (RMC) |
| | ) |
| Robert Gates, et al., | ) |
| | ) |
|     Defendants | ) |

MOTION FOR ENLARGEMENT OF TIME TO FILE A RESPONSE
TO DEFENDANT'S L-3 SERVICES INC. MOTION TO STRIKE AND DISMISS

    Pursuant to F.R.Civ.Pro 6(b), plaintiff, Mark Shallal, respectfully moves this Court for an Order enlarging time up to and including September 28th, 2008 to file a Response to Defendant's L-3 Services Inc. Motion to Strike and Dismiss, or otherwise move.

    Plaintiff requests an enlargement because he is unable to provide full and complete answers and the requested information in the time allotted for a response. Plaintiff's attorney needs additional time to prepare the response, because he is unable to get timely replies from the client.

    Mr. Beattie's legal assistant contacted defendant's L-3 Communications (Titan Group) counsel on behalf of Mr. Beattie seeking his position on this motion, their response was that they would not oppose a seven day enlargement, but would object to thirty days.

    Nonetheless, for the foregoing reasons, plaintiff respectfully requests that this motion for enlargement of time be granted.

Respectfully submitted,

\_\_\_/s/_____

Michael Beattie
2663 Manhattan Place Suite 106
Vienna, VA 22180
703-698-0623 Phone
<u>antiwarattorney@yahoo.com</u>

## IN THE UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF COLUMBIA

| | |
|---|---|
| Mark Shallal, | ) |
| | ) |
|     Plaintiff | ) |
| | ) |
| v. | )  Civil Action No. 1:07-cv-2154 (RMC) |
| | ) |
| Robert Gates, Francis Harvey, | ) |
| L-3 Communications (Titan Group), | ) |
| | ) |
|     Defendants. | ) |

### ORDER

Upon consideration of plaintiff's Motion for Enlargement of Time, and of the entire record, and it appearing to the Court that the granting of plaintiff's motion, pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, would be just and proper, it is by the Court this ___ day of _____ , 2008

ORDERED that Plaintiff's Motion For Enlargement of Time be, and it is, granted, and it is further

ORDERED that the time in which Plaintiff's must file their Response or otherwise move be, and it is, enlarged up to and including September 28th, 2008.

_____
UNITED STATES DISTRICT JUDGE

Copies to:

Michael J. Beattie
2663 Manhattan Place
Suite 106
Vienna, VA 22180
(703) 698-0623
Email: antiwarattorney@yahoo.com

Brian Christopher Baldrate
U.S. ATTORNEY'S OFFICE FOR THE DISTRICT OF COLUMBIA
555 Fourth Street, NW
Washington, DC 20530
(202) 353-9895
Email: brian.baldrate@usdoj.gov

Matthew H. Sorensen, Esq.
John F. Scalia, Esq.
GREENBERG TRAURIG, LLP
1750 Tysons Blvd., Suite 1200
McLean, VA 22102
Phone: (703) 749-1300
Fax: (703) 749-1301
Email: sorensenm@gtlaw.com
Email: scaliaj@gtlaw.com